**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

In Re:  
BRIAN KEITH SHADOWENS  
    Debtor

3:20-bk-32019-SHB  
Chapter 7

**NOTICE OF APPEARANCE PURSUANT TO RULE 9010 (b) and REQUEST FOR NOTICES UNDER RULE 2002**

**NOTICE OF APPEARANCE WELLS FARGO BANK, N.A. REGARDING REAL PROPERTY LOCATED AT 933 GOTHIC MANOR WAY, KNOXVILLE, TENNESSEE 37923**

Wells Fargo Bank, N.A., and Shapiro & Ingle, LLP, as attorney for Wells Fargo Bank, N.A., makes its appearance as a secured creditor in this cause and requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Shapiro & Ingle, LLP  
Attorney for Wells Fargo Bank, N.A.  
10130 Perimeter Pkwy, Suite 400  
Charlotte, NC 28216

Wells Fargo Bank, N.A.  
Attn: Bankruptcy Department  
MAC #D3347-014  
3476 Stateview Blvd  
Fort Mill, SC 29715

/s/ Bonnie Culp  
Bonnie Culp, Attorney for Creditor, Bar # 14741  
bculp@logs.com | 704-249-0065  
Shapiro & Ingle, LLP  
10130 Perimeter Pkwy, Suite 400  
Charlotte, NC 28216  
Phone: 704-333-8107 | Fax: 704-333-8156  
Supervisory Attorney Contact: Grady Ingle  
gingle@logs.com | 704-831-2217  
Electronic Service Notifications: tnecf@logs.com